1  Steven C. Bailey (SBN 146382)
2  [Designated Counsel for Service]
   Martha E. Romero (SBN 128144)
3  **BAILEY & ROMERO**
   2535 Kettner Blvd., Suite 2A1
4  San Diego CA 92101
   (619) 323-1389
5  steven@baileyandromero.com

6  Attorneys for Plaintiffs Tuck's Restaurant and Bar,
7  Kenneth R. Paige, Chad Page, Buckman Enterprises, LLC,
   Robin Buckman, and The Nevada County Restaurant
8  Coalition

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| TUCK'S RESTAURANT AND BAR, a California corporation, et al., <br><br> *plaintiffs*, <br><br> v. <br><br> NEVADA COUNTY CALIFORNIA; KATHARINE ELLIOTT; and DOES 1-10 inclusive, <br><br> *defendants*. | Case No**.** 2:20-CV-02256-KJM-CKD <br><br> **ORDER EXTENDING BRIEFING SCHEDULE ON MOTION TO DISMISS** <br><br> Date: January 27, 2023 <br> Time: 10:00 a.m. <br> Dept.   3 <br> Judge: Hon. Kimberly J. Mueller <br><br> Trial Date: Not assigned <br> Action filed: 11/11/20 |

**ORDER**

Pursuant to a stipulation of the parties, plaintiffs' opposition to the Motion to Dismiss of defendants Nevada County and Katharine Elliot (ECF no. 40) shall be filed and served by December 9, 2022, and defendants' reply shall be filed and served by January 9, 2023.

SO ORDERED.

DATED: December 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE