Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Catherine L. Carlisle (SBN: 298316)
ccarlisle@meyersnave.com
MEYERS NAVE
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
NEVADA COUNTY and KATHARINE ELLIOTT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TUCK'S RESTAURANT AND BAR, a California corporation, KENNETH R. PAIGE; CHAD PAIGE; BUCKMAN ENTERPRISES, LLC, a California limited liability company; ROBIN BUCKMAN; and THE NEVADA COUNTY RESTAURANT COALITION, an unincorporated membership association,<br><br>           Plaintiffs,<br><br>      v.<br><br>NEVADA COUNTY, CALIFORNIA; KATHARINE ELLIOTT; and DOES 1-10 inclusive,<br><br>           Defendants. | Case No. 2:20-cv-02256-KJM-CKD<br><br>**JOINT STIPULATION TO CONDUCT SETTLEMENT CONFERENCE IN PERSON**<br><br>*Settlement Conference:*<br><br>Date:   April 4, 2023<br>Time:  9:30 a.m.<br>Crtrm.: Via Zoom<br><br>Judge:  Magistrate Carolyn K. Delaney<br><br>Trial Date: None Set |

**STIPULATION**

Plaintiffs Tucks Restaurant and Bar, Kenneth R. Paige, Chad Paige, Buckman Enterprises, LLC, Robin Buckman, and The Nevada County Restaurant Coalition ('Plaintiffs"); and Defendants Nevada County and Katharine Elliott (collectively "the Nevada County Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, pursuant to the Court's Minute Order dated February 21, 2023 (ECF No. 53), a Settlement Conference was set in this matter for April 4, 2023 at 9:30 a.m. to be held via Zoom;

WHEREAS, the parties have met and conferred and believe that it would be productive for the Settlement Conference to be held in person, if amenable to the Court;

WHEREAS, all parties, including individuals authorized to settle, agree to an in-person Settlement Conference, and the parties have agreed to stipulate to same.

NOW THEREFORE, THE UNDERSIGNED PARTIES STIPULATE THROUGH THEIR RESPECTIVE COUNSEL to the following:

1. That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients.

2. That the Settlement Conference set for April 4, 2023 at 9:30 a.m. shall be held in person, if amenable to the Court.

**IT IS SO STIPULATED.**

DATED:  March 28, 2023                MEYERS NAVE

By:    /s/ Catherine L. Carlisle
DEBORAH J. FOX
MARGARET W. ROSEQUIST
MATTHEW B. NAZARETH
CATHERINE L. CARLISLE
Attorneys for Defendants
NEVADA COUNTY and KATHARINE ELLIOTT

1  DATED: March 28, 2023              BAILEY & ROMERO

                                      By:      /s/ Steven C. Bailey
                                            STEVEN C. BAILEY
                                            Attorneys for Plaintiffs
                                            TUCK'S RESTAURANT AND BAR; KENNETH
                                            R. PAIGE; CHAD PAIGE; BUCKMAN
                                            ENTERPRISES, LLC; ROBIN BUCKMAN;
                                            AND THE NEVADA COUNTY RESTAURANT
                                            COALITION

**Attestation of Concurrence in the Filing**

The filer, Catherine L. Carlisle, attests that all other signatories listed on whose behalf this filing is submitted have authorized submission of the document on their behalf.

5328998