Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Catherine L. Carlisle (SBN: 298316)
ccarlisle@meyersnave.com
MEYERS NAVE
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
NEVADA COUNTY and KATHARINE ELLIOTT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TUCK'S RESTAURANT AND BAR, a California corporation, KENNETH R. PAIGE; CHAD PAIGE; BUCKMAN ENTERPRISES, LLC, a California limited liability company; ROBIN BUCKMAN; and THE NEVADA COUNTY RESTAURANT COALITION, an unincorporated membership association,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NEVADA COUNTY, CALIFORNIA; KATHARINE ELLIOTT; and DOES 1-10 inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-02256-KJM-CKD<br><br>**NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT**<br><br>*Settlement Conference:*<br><br>Date:　April 4, 2023<br>Time:　9:30 a.m.<br><br>Judge:　Magistrate Carolyn K. Delaney<br><br>Trial Date:  None Set |

      **PLEASE TAKE NOTICE** that on March 28, 2023, Defendants Nevada County and Katharine Elliott submitted their Confidential Settlement Conference Statement via email to ckdorders@caed.uscourts.gov, pursuant to the Court's February 21, 2023 Minute Order (ECF No. 53).

DATED: March 28, 2023           MEYERS NAVE

                                          By: _____
                                          DEBORAH J. FOX
                                          MARGARET W. ROSEQUIST
                                          CATHERINE L. CARLISLE
                                          Attorneys for Defendants
                                          NEVADA COUNTY and KATHARINE ELLIOTT

5330665