Steven C. Bailey (SBN 146382)
[Designated Counsel for Service]
Martha E. Romero (SBN 128144)
**BAILEY & ROMERO**
680 Placerville, Ste. A1
Placerville, CA 95667
(530) 202-
steven@baileyandromerolaw.net

*Attorneys for Plaintiffs*
*Tuck's Restaurant and Bar,*
*Kenneth R. Paige, Chad Page,*
*Buckman Enterprises, LLC, Robin Buckman,*
*and The Nevada County Restaurant Coalition*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT CALIFORNIA

| | |
|---|---|
| TUCK'S RESTAURANT AND BAR, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> NEVADA COUNTY, CALIFORNIA; KATHERINE ELLIOTT; and DOES 1-10 <br><br> *Defendants.* | Case No.  2:20-CV-02256-KJM-CKD <br><br> **NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT** <br><br> Date:  April 4, 2023 <br> Time:  9:30 A.M. <br><br> Judge: Hon. Magistrate Carolyn K. Delaney <br><br> Trial Date: Not assigned <br> Action filed: 11/11/2020 |

**PLEASE TAKE NOTICE** that on March 28, 2023, Plaintiffs submitted their Confidential

Settlement Conference Statement via email to ckdorders@caed.uscourts.gov , pursuant to the

1
NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT

Court's February 212, 2023 Minute Order (ECF No. 53).

DATED:        March 28, 2023                    BAILEY AND ROMERO

Steven C. Bailey
*Attorneys for Plaintiffs Tuck's Restaurant and*
*Bar, Kenneth R. Paige, Chad Page, Buckman*
*Enterprises, LLC, Robin Buckman, and The*
*Nevada County Restaurant Coalition*

NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT