Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
Matthew B. Nazareth (SBN: 278405)
mnazareth@meyersnave.com
Catherine L. Carlisle (SBN: 298316)
ccarlisle@meyersnave.com
MEYERS NAVE
555 Capitol Mall, Suite 1200
Sacramento, California 95814
Telephone: (916) 556-1531
Facsimile: (916) 556-1516

Attorneys for Defendants
NEVADA COUNTY and KATHARINE ELLIOTT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| TUCK'S RESTAURANT AND BAR, a California corporation, KENNETH R. PAIGE; CHAD PAIGE; BUCKMAN ENTERPRISES, LLC, a California limited liability company; ROBIN BUCKMAN; and THE NEVADA COUNTY RESTAURANT COALITION, an unincorporated membership association,<br><br>        Plaintiffs,<br><br>  v.<br><br>NEVADA COUNTY, CALIFORNIA; KATHARINE ELLIOTT; and DOES 1-10 inclusive,<br><br>        Defendants. | Case No. 2:20-cv-02256-KJM-CKD<br><br>**ORDER RE: JOINT STIPULATION TO CONDUCT SETTLEMENT CONFERENCE IN PERSON**<br><br>*Settlement Conference:*<br><br>Date:    April 4, 2023<br>Time:   9:30 a.m.<br>Crtrm.:  Via Zoom<br><br>Judge:   Magistrate Carolyn K. Delaney<br><br>Trial Date: None Set |

The Court, after considering the parties' Joint Stipulation to Conduct Settlement Conference in Person, hereby orders as follows:

1. The Settlement Conference in this matter shall be held in person on April 4, 2023 at 9:30 a.m. in the courtroom of the Honorable Carolyn K. Delaney, located in the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814.

Dated:  March 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE